UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                                            CASE NO. 8:02-cr-391-T-17EAJ

**MAHMOUD AHMED**
_____ /

## ORDER

This case is before the Court *sua sponte*. The Clerk of the Court has advised the undersigned that in reconciling judgments, an error was discovered in the amount of individual restitution in this case. Therefore, pursuant to Federal Rule of Criminal Procedure 36, the amount of total restitution set forth in the Judgment (Dkt #163) remains at **$469,729.86.** However, the amount of restitution owed to Cal-Sungold is incorrect. Accordingly, it is now

**ORDERED** that the individual amount of restitution owed to Cal-Sungold in the Judgment (Dkt #163) is hereby corrected to be **$29,430.00** (instead of $32,577.14). All other victims and their amounts remain as is.

**DONE and ORDERED** at Tampa, Florida,, this 3rd day of MAY, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Distribution:
 -Copy to counsel